**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
 DYLAN NEWMAN, individually and on behalf of
all others similarly situated,

                                    Plaintiff,

               -against-                              25 **CIVIL** 178 (JAV)

                                                              **JUDGMENT**

GREP ATLANTIC, LLC and NEW YORK
UNIVERSITY,

                                    Defendants.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 24, 2026, Defendants' motions to strike

Plaintiff's class allegations are GRANTED. It is further ORDERED that Plaintiff's individual

claims are DISMISSED without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 24, 2026

                                       **TAMMI M. HELLWIG**

                                       _____
                                         **Clerk of Court**

                      **BY:**             K. Mango

                                         _____
                                         **Deputy Clerk**